UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WENDY BINNER,<br><br>          Plaintiff,<br><br>  v.<br><br>KILOLO KIZAKAZI,<br><br>          Defendant. | CIVIL ACTION NO. 3:22-CV-00122<br><br>(MEHALCHICK, M.J.) |

## ORDER

**AND NOW**, this 4h day of January, 2023, for the reasons set forth in the Memorandum filed concurrently herewith, **IT IS HEREBY ORDERED** that the Commissioner's decision to deny Binner's application for disability benefits is **AFFIRMED**, final judgment is entered in favor of the Commissioner and against Binner, and the Clerk of Court is directed to **CLOSE** this case.

                                                *s/ Karoline Mehalchick*
                                                **KAROLINE MEHALCHICK**
                                                **Chief United States Magistrate Judge**